## SEAVER v. SEAVER.

[No. 12,338. Filed July 1, 1925.]

1. APPEAL.—*Any evidence will sustain a finding on appeal.*— Where there was any evidence to sustain the finding of the court, the judgment will not be reversed for want of sufficient evidence.   p. 371.

2. NEW TRIAL.—*Motion for because of newly-discovered evidence must show diligence in discovering new evidence.*—A motion for a new trial for newly-discovered evidence is properly overruled when the motion fails to show diligence in discovering the new evidence.   p. 371.

3. NEW TRIAL.—*Newly-discovered evidence which is merely cumulative does not warrant a new trial.*—A motion for a new trial because of newly-discovered evidence which is merely cumulative is properly overruled.   p. 371.

From Scott Circuit Court; *Frank E. Little,* Special Judge.

Action by George W. Seaver against Arthur F. Seaver. From a judgment for plaintiff, the defendant appeals. *Affirmed.* By the court in banc.

*George V. Cain* and *B. M. Owens,* for appellant.

*Lawson N. Mace* and *Oscar B. Abel,* for appellee.

PER CURIAM.—Action by appellee against appellant wherein appellee seeks to recover from appellant a balance of $1,200 of the purchase money of a certain tract of real estate.   It is appellant's contention, as appears by his affirmative answer, that said balance of $1,200 of the purchase price of such real estate was, by agreement of appellant and appellee, to be paid by him in the discharge of a certain mortgage upon another tract

of real estate owned by the appellee instead of paying the same in cash.

There was a trial by the court and a judgment in favor of the appellee. The only error assigned is the action of the court in overruling appellant's motion for a new trial, the reasons properly assigned being that the decision of the court is not sustained by sufficient evidence, that it is contrary to law, and that appellant has newly-discovered evidence in the event of another trial.

While the evidence was conflicting, there was evidence that appellant agreed to pay the said sum of $1,200 in cash and this was sufficient to sustain the

1. finding and judgment of the court in favor of the appellee.

As to the newly-discovered evidence, appellant wholly fails to show due diligence in discovering the

2, 3. new evidence, and such evidence was merely cumulative.

Judgment affirmed.